UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ALEXSIS WEBB and MARSCLETTE CHARLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>INJURED WORKERS PHARMACY, LLC,<br><br>Defendant. | Case No.: 1:22-cv-10797-RGS |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendant Injured Workers Pharmacy, LLC ("IWP"), by and through its undersigned counsel, moves this Court to dismiss with prejudice the Class Action Complaint ("Complaint") of Plaintiffs Alexsis Webb and Marsclette Charley ("Plaintiffs"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). IWP first contends that the Complaint should be dismissed pursuant to Rule 12(b)(1) because Plaintiffs have failed to establish Article III standing. If the Court determines Plaintiffs do have standing, it should still dismiss the Complaint with prejudice pursuant to Rule 12(b)(6) because each of Plaintiffs' six causes of action fail to state a claim upon which relief can be granted for failure to plead the requisite elements. Lastly, in the alternative, if the Complaint is not dismissed in its entirety, the Court should strike Paragraphs 45-46, 55, and 57-74 of the Complaint as immaterial pursuant to Rule 12(f).

In further support of its Motion, IWP relies on the enclosed Memorandum of Law.

WHEREFORE, Defendant Injured Workers Pharmacy, LLC, respectfully requests that the Court dismiss Plaintiffs' Class Action Complaint with prejudice, or in the alternative, strike Paragraphs 45-46, 55, and 57-74, and grant all other relief it deems just and proper.

Dated: August 9, 2022                        Respectfully submitted,

                                                                   */s/ Jordan S. O'Donnell*
                                                                   Jordan S. O'Donnell, #BBO 684001
                                                                   Mullen Coughlin LLC
                                                                   426 W. Lancaster Ave., Suite 200
                                                                   Devon, PA 19333
                                                                   Telephone: (267) 930-4106
                                                                   jodonnell@mullen.law

                                                                   *Attorney for Defendant*

## RULE 7.1 CERTIFICATION

I hereby certify that on August 9, 2022, I conferred with Plaintiffs' counsel of record regarding Defendant's Motion to Dismiss. The Parties were unable to narrow the issues before the Court.

                                                                   */s/ Jordan S. O'Donnell*
                                                                   Jordan S. O'Donnell

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

<u>/s/ Jordan S. O'Donnell</u><br>
Jordan S. O'Donnell