# United States Court of Appeals
### For the First Circuit

No. 22-1896

ALEXSIS WEBB, on behalf of herself and all others similarly situated; MARSCLETTE CHARLEY, on behalf of herself and all others similarly situated,

Plaintiffs, Appellants,

v.

INJURED WORKERS PHARMACY, LLC,

Defendant, Appellee.

**JUDGMENT**

Entered: June 30, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed in part and reversed in part, and the matter is remanded for further proceedings consistent with the opinion issued this day. No costs are awarded.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Richard G. Stearns, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Raina C. Borrelli, David K. Lietz, Jordan S. O'Donnell, Claudia D. McCarron, Paulyne Gardner