UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ALEXSIS WEBB and MARSCLETTE CHARLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>INJURED WORKERS PHARMACY, LLC,<br><br>Defendant. | Case No.: 1:22-cv-10797-RGS |

**JOINT STATUS REPORT AND REQUEST TO EXTEND STAY**

Plaintiffs Alexsis Webb and Marsclette Charley ("Plaintiff") and Defendant Injured Workers Pharmacy, LLC ("IWP"), pursuant to the Court's order of December 14, 2023 [ECF No. 43] provide the following joint status report regarding their mediation of March 5, 2024 and request the Court extend this matter's stay for thirty (30) additional days up to and including April 18, 2024:

1. On December 14, 2023, the parties filed a Joint Motion to Stay Proceedings Pending Private Mediation, requesting the Court stay all proceedings pending a scheduled private mediation scheduled for March 5, 2024. [ECF No. 42].

2. On that date, the Court granted the parties' motion, staying all proceedings until March 19, 2024, and ordering the parties to file a joint status report on the outcome of the mediation by the date.

3. On March 5, 2024, the parties participated in a private mediation with Hon. Wayne R. Andersen (Ret.) of JAMS. During the mediation, the parties made significant progress towards

1

a resolution of this matter and agreed to continue settlement discussions with the assistance of Judge Andersen. Such discussions remain ongoing.

4. Accordingly, as the parties continue to discuss a potential resolution of this matter, in the interests of continued preservation of judicial and party resources, the parties jointly request the Court extend the stay of all proceedings by thirty (30) days up to and including April 18, 2024. The parties will file another joint status report on the status of settlement discussions no later than April 18, 2024, or by the date which the Court orders.

WHEREFORE, Plaintiffs Alexsis Webb and Marsclette Charley and Defendant Injured Workers Pharmacy, LLC, jointly request this Court extend the current stay of all proceedings up to and including April 18, 2024, and set that date as a deadline for the Parties to provide a status report.

Dated: March 19, 2024

Respectfully submitted,

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Ave., Suite 200
Devon, PA 19333
Telephone: (267) 930-4787
jsodonnell@mullen.law
cmccarron@mullen.law

*Attorneys for Defendant*

*/s/ David K. Lietz*
David K. Lietz (*pro hac vice*)
MILBERG COLEMAN BRYSON PHILLIPS CROSSMAN, PLLC
5335 Wisconsin Avenue NW, Suite 4400
Washington, D.C. 20015
Telephone: (866) 252-0878
dlietz@milberg.com

Raina C. Borelli (*pro hac vice*)
TURKE & STRAUSS LLP
613 Williamson Street, Suite 100
Madison, WI 53703
Telephone: (608) 237-1775
raina@turkestrauss.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2024, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell