# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| ALEXSIS WEBB and MARSCLETTE CHARLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>INJURED WORKERS PHARMACY, LLC,<br><br>Defendant. | Case No.: 1:22-cv-10797-RGS |

## JOINT STATUS REPORT

Plaintiffs Alexsis Webb and Marsclette Charley ("Plaintiff") and Defendant Injured Workers Pharmacy, LLC ("IWP"), pursuant to the Court's order of March 19, 2024 [ECF No. 45], provide the following joint status report regarding additional settlement discussions following their mediation of March 5, 2024:

1.      On December 14, 2023, the parties filed a Joint Motion to Stay Proceedings Pending Private Mediation, requesting the Court stay all proceedings pending a scheduled private mediation scheduled for March 5, 2024. [ECF No. 42].

2.      On that date, the Court granted the parties' motion, staying all proceedings until March 19, 2023, and ordering the parties to file a joint status report on the outcome of the mediation by the date.

3.      On March 5, 2024, the parties participated in a private mediation with Hon. Wayne R. Andersen (Ret.) of JAMS. During the mediation, the parties made significant progress towards

1

a resolution of this matter and agreed to continue settlement discussions with the assistance of Judge Andersen.

4.      On March 19, 2024, the parties filed a Joint Status Report and Request to Extend Stay, which reported the results of the mediation and stated that the parties sought to further discuss a potential resolution of this matter. The parties requested that the Court extend the stay of all proceedings by thirty (30) days up to and including April 18, 2024. [Doc. 44].

5.      On March 19, 2024, the Court issued an order extending the stay of all proceedings until April 18, 2024, by which date the parties were ordered to file a status report on their settlement negotiations. [Doc. 45].

6.      Since that date, the parties have continued discussions towards a resolution of this matter. Although additional progress was made, the parties may presently be at an impasse and do not agree that the stay should be further extended.

Dated: April 18, 2024

Respectfully submitted,

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Ave., Suite 200
Devon, PA 19333
Telephone: (267) 930-4787
jsodonnell@mullen.law
cmccarron@mullen.law

*Attorneys for Defendant*

*/s/ David K. Lietz*
David K. Lietz (*pro hac vice*)
MILBERG COLEMAN BRYSON PHILLIPS
CROSSMAN, PLLC
5335 Wisconsin Avenue NW, Suite 4400
Washington, D.C. 20015
Telephone: (866) 252-0878
dlietz@milberg.com

Raina C. Borelli (*pro hac vice*)
TURKE & STRAUSS LLP
613 Williamson Street, Suite 100
Madison, WI 53703
Telephone: (608) 237-1775
raina@turkestrauss.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, a copy of this motion was filed electronically and

served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell