UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ALEXSIS WEBB and MARSCLETTE CHARLEY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>INJURED WORKERS PHARMACY, LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:22-cv-10797-RGS |

### NOTICE OF SETTLEMENT AND REQUEST TO STAY

　　Plaintiffs Alexsis Webb and Marsclette Charley ("Plaintiff") and Defendant Injured Workers Pharmacy, LLC ("IWP"), hereby provide notice that the Parties have reached a class action settlement in principle. Plaintiffs expect to file a motion for preliminary approval of class action settlement within 45 days of this filing.

　　Therefore, the Parties request that the Court stay all case deadlines until July 19, 2024, at which time Plaintiffs shall file a motion for preliminary approval or the Parties will provide a joint status report on settlement.

Dated: June 4, 2024

*/s/ Raina C. Borrelli*
Raina C. Borelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Dated: June 4, 2024

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (pro hac vice)
MULLEN COUGHLIN LLC
426 W. Lancaster Ave., Suite 200
Devon, PA 19333
Telephone: (267) 930-4787
jsodonnell@mullen.law
cmccarron@mullen.law

1

David K. Lietz (pro hac vice)  
MILBERG COLEMAN BRYSON  
PHILLIPS CROSSMAN, PLLC  
5335 Wisconsin Avenue NW, Suite 4400  
Washington, D.C. 20015  
Telephone: (866) 252-0878  
dlietz@milberg.com

***Attorneys for Plaintiffs***

***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on June 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 4th day of June, 2024.

        STRAUSS BORRELLI PLLC

        By: */s/ Raina C. Borrelli*
            Raina C. Borrelli
            raina@straussborrelli.com
            STRAUSS BORRELLI PLLC
            One Magnificent Mile
            980 N Michigan Avenue, Suite 1610
            Chicago IL, 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109