UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ALEXSIS WEBB and MARSCLETTE CHARLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>INJURED WORKERS PHARMACY, LLC,<br><br>Defendant. | Case No.: 1:22-cv-10797-RGS |

## JOINT STATUS REPORT AND REQUEST TO EXTEND STAY

Plaintiffs Alexsis Webb and Marsclette Charley ("Plaintiff") and Defendant Injured Workers Pharmacy, LLC ("IWP"), provide the following status report, in follow up to their Notice of Settlement and Request to Stay, filed on June 4, 2024 [Doc. 49].

The Parties previously advised that Plaintiffs expected to file a motion for preliminary approval of class action settlement by July 19, 2024 and requested a stay of all case deadlines until that date. The Parties continue to finalize their settlement agreement and related documents.

Therefore, the Parties request the Court extend the stay by fourteen (14) days, up to and including August 2, 2024, by which time Plaintiffs anticipate filing the motion for preliminary approval. If the Parties require any additional time, they will file a further status report.

Dated: July 17, 2024						Respectfully submitted,

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell, #BBO 684001
Claudia D. McCarron (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Ave., Suite 200
Devon, PA 19333
Telephone: (267) 930-4787
jsodonnell@mullen.law
cmccarron@mullen.law

*Attorneys for Defendant*

*/s/ David K. Lietz*
David K. Lietz (*pro hac vice*)
MILBERG COLEMAN BRYSON PHILLIPS CROSSMAN, PLLC
5335 Wisconsin Avenue NW, Suite 4400
Washington, D.C. 20015
Telephone: (866) 252-0878
dlietz@milberg.com

Raina C. Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1110
raina@straussborrelli.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2024, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell
