UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ALEXSIS WEBB and MARSCLETTE CHARLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INJURED WORKERS PHARMACY, LLC,<br><br>Defendant. | Case No. 1:22-cv-10797-RGS<br><br>Judge Richard G. Stearns |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, the Joint Declaration of Plaintiffs' Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval and its exhibits thereto, and all prior pleadings and proceedings had herein, Plaintiffs Alexsis Webb and Marsclette Charley, individually and on behalf of the putative class, (collectively, "Plaintiffs") move pursuant to Federal Rule of Civil Procedure 23 for and Order: (1) granting preliminary approval of the proposed Settlement; (2) preliminarily certifying a class for purposes of Settlement; (3) appointing Plaintiffs as Class Representatives; (4) appointing David K. Lietz and Raina C. Borelli as Class Counsel; (5) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (6) directing that notice be given to the Settlement Class; (7) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service

1

awards to Plaintiffs; and (8) granting such other relief and further relief as the Court deems just and proper.

Dated: August 2, 2024

                Respectfully submitted,

                *s/ David K. Lietz*      

                David K. Lietz (admitted *pro hac vice*)
                **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
                5335 Wisconsin Avenue NW
                Suite 440
                Washington, D.C. 20015-2052
                Telephone: (866) 252-0878
                Facsimile: (202) 686-2877
                dlietz@milberg.com

                Raina C. Borrelli (admiited *pro hac vice*)
                **STRAUSS BORELLI PLLC**
                One Magnificent Mile
                980 N Michigan Ave., Suite 1610
                Chicago, IL 60611
                Telephone: (872) 263-1100
                Facsimile: (872) 263-1109
                Email: raina@straussborrelli.com

                Randi Kassan
                **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
                100 Garden City Plaza, Suite 500
                Garden City, NY 11530
                Telephone: (212) 594-5300
                rkassan@milberg.com

                *Attorneys for Plaintiffs and the Proposed Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ David K. Lietz*
David K. Lietz