UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXSIS WEBB and MARSCLETTE CHARLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INJURED WORKERS PHARMACY, LLC,<br><br>Defendant. | Case No. 1:22-cv-10797-RGS<br><br>Judge Richard G. Stearns |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs Alexsis Webb and Marsclette Charley ("Plaintiffs"), on behalf of themselves and the Settlement Class, respectfully request that the Court grant final approval of the Class Action Settlement and enter an Order: (1) granting final certification of the Settlement Class; (2) granting final approval of the Settlement; and (3) granting Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards.

Dated: January 2, 2025                    Respectfully submitted,

                                          By: */s/ Raina C. Borrelli*
                                             Raina C. Borrelli*
                                             **STRAUSS BORRELLI PLLC**
                                             One Magnificent Mile
                                             980 N. Michigan Avenue, Suite 1610
                                             Chicago, Illinois 60611
                                             Telephone: (872) 263-1100
                                             Facsimile: (872) 263-1109
                                             raina@straussborrelli.com

1

David K. Lietz*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs and Settlement Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on January 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record via the ECF system.

DATED this 2nd day of January, 2025.

                                             STRAUSS BORRELLI PLLC

                                       By: */s/ Raina C. Borrelli*
                                                 Raina C. Borrelli
                                                 raina@straussborrelli.com
                                                 STRAUSS BORRELLI PLLC
                                                 One Magnificent Mile
                                                 980 N Michigan Avenue, Suite 1610
                                                 Chicago IL, 60611
                                                 Telephone: (872) 263-1100
                                                 Facsimile: (872) 263-1109